Argued and submitted June 23, affirmed August 4, 1980

STATE OF OREGON,
*Respondent,*
*v.*
SHANE ALLAN ROY,
*Appellant.*

(No. 10-79-05529, CA 16532)

619 P2d 648

Marilyn C. McManus, argued the cause for appellant. On the brief were Gary D. Babcock, Public Defender, and James E. Mountain, Jr., Deputy Public Defender, Salem.

Rudolph S. Westerband, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James M. Brown, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals from the judgment on his conviction for unauthorized use of a motor vehicle. He raises a number of assignments of error, only one of which has merit. A portion of a security release questionnaire bearing defendant's purported signature was admitted into evidence over his objection. Under the rule in *State v. Lockwood,* 43 Or App 639, 603 P2d 1231 (1980), that ruling was erroneous. However, as was also true in *Hartfield,* the error was not such as to require reversal in the light of the other evidence.

Affirmed.